1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8             UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  J & J Sports Productions, Inc., | Case No. CV 08-0386 AWI-SMS |
| 12 | |
| 13              Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| 14        vs. | |
| 15 | |
|    Aurora Martinez Biebrich, et al. | |
| 16 | |
| 17              Defendants. | |

18

19     **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without*
20  *prejudice* the following Defendant: **Aurora Martinez Biebrich, individually and d/b/a**
21  **El As De Espadas**, *only*.
22     This Dismissal is made pursuant to FRCP 41 (a).
23

24

25  Dated: August 5, 2008      */s/ Thomas P. Riley*
                               LAW OFFICES OF THOMAS P. RILEY, P.C.
26                             By: Thomas P. Riley
27                             Attorneys for Plaintiff
                               J & J Sports Productions, Inc.
28

It is so Ordered. Dated: 9-4-08

_____
United States District Judge