1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

FILED
OCT 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. CV 08-0386 AWI-SMS |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Aurora Martinez Biebrich, et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendant: **Elva L. Martinez a/k/a Elva Martinez Gutierrez, individually and d/b/a El As De Espadas**, and the above-entitled action in its entirety. This Dismissal is made pursuant to FRCP 41 (a).

Dated: October 15, 2008     /s/ Thomas P. Riley
                            LAW OFFICES OF THOMAS P. RILEY, P.C.
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

It is so Ordered. Dated: 10-17-08

_/s/_____
United States District Judge          Page 1